DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MIGUEL LOPEZ-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-0080 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | Date:  October 5, 2009 |
| MIGUEL LOPEZ-VASQUEZ, | ) ) | Time:  9:00 a.m. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 21, 2009, **may be continued to October 5, 2009 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.

///
///
////
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                          LAWRENCE BROWN
                                          United States Attorney

DATED: September 17, 2009        By:   /s/ Ian Garriques
                                          IAN GARRIQUES
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: September 17, 2009        By:   /s/ Peggy Sasso
                                          PEGGY SASSO
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Miguel Lopez-Vasquez
```

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 17, 2009**            /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE